## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| SUSAN SCROGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 3:20-cv-439 |
| | ) |
| PLANET GOSHEN, LLC, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant Planet Goshen, LLC, by counsel, submits its Notice of Removal, and states:

1. On April 28, 2020, Plaintiff Susan Scrogham filed her Complaint against Planet Goshen in Elkhart Superior Court, Elkhart County, Indiana, cause number 20D05-2004-CT-000092, asserting negligence related to injuries she sustained at a fitness facility operated by Defendant.

2. Scrogham's Complaint seeks "damages in an amount of money that would fairly and adequately compensate her for her injuries and losses and for all other relief just and proper under the circumstances."

3. Planet Goshen received service of this action by mail at its office in Brighton, Michigan, on May 11, 2020.

4. Any action "brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5.      The Complaint in this matter was filed in Elkhart Superior Court, Elkhart County, Indiana. Elkhart County is located within the South Bend Division of the District Court of the Northern District of Indiana.

6.      Pursuant to 28 U.S.C. § 1332(a), this Court has jurisdiction over matters pending in Elkhart Superior Court provided that "the matter in controversy exceeds the sum or value of $75,000" and the matter or controversy "is between citizens of different states."

7.      With respect to the amount in controversy, when a Complaint does not include a specific amount of relief sought, a defendant "must necessarily estimate the amount in controversy." *See Engebretson v. Sun Life Assurance Co.*, No. 4:09-cv-26-SEB-WGH, 2009 U.S. Dist. LEXIS 51065, at *6 (S.D. Ind. June 17, 2009).

8.      While Scrogham's Complaint does not include a specific demand, the Complaint does state that Scrogham's medical bills related to the injury she claims Planet Goshen caused total approximately $236,500, and claims that all of her "losses are due to the carelessness and negligence of the Defendant[]." (Exhibit 1, State Court Complaint ¶ 22, 24.)

9.      Scrogham's claim that her medical expenses total approximately $236,500 satisfies Planet Goshen's burden of establishing that the amount in controversy exceeds $75,000. *See, e.g., Ruscin v. Wal-Mart Stores, Inc.*, 2013 U.S. Dist. LEXIS 199300 at *9-10 (M.D. Fl. July 16, 2013) (finding plaintiff's allegation of medical expenses that exceed $109,000 satisfied defendant's burden of showing requisite amount in controversy).

10.     As for citizenship, Planet Goshen is an Indiana limited liability company.

11.     "The citizenship of a limited liability company for diversity purposes is the citizenship of each of the limited liability company's members." *Mathes v. Bayer Corp.*, No. 09-630-GPM, 2009 U.S. Dist. LEXIS 75048, at *8 (S.D. Ill. Aug. 24, 2009).

12. Planet Goshen is a single-member limited liability company organized under the laws of Michigan.

13. The single member of Planet Goshen is BCDI Great Lakes Holdings, Inc.[1]

14. A corporation is deemed, for diversity purposes, to be a citizen of the state in which it is organized and the state in which its principal place of business exists. *See M.E.M. Ventures, LLC v. White Grp., Inc.*, No. 4:16-CV-23-TLS-PRC, 2016 U.S. Dist. LEXIS 89290, at *2 (N.D. Ind. July 11, 2016).

15. BCDI Great Lakes Holdings, Inc. is organized under the laws of Delaware.

16. BCDI Great Lakes Holdings, Inc., has its business headquarters (which is considered its principal place of business) in Brighton, Michigan.

17. Therefore, Planet Goshen is a citizen of Delaware and Michigan.

18. In her Complaint, Scrogham asserts that she is a resident of Elkhart County, Indiana, so it is reasonably assumed by Planet Goshen that Scrogham is a citizen of Indiana.

19. Because Planet Goshen is a citizen of Delaware and Michigan and Scrogham is a citizen of Indiana, complete diversity exists for jurisdictional purposes.

20. This Notice is timely pursuant to 28 U.S.C. § 1446(b)(1).

21. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant is attached hereto and incorporated herein as "Exhibit **1**."

22. Pursuant to 28 U.S.C. § 1446(d), Planet Goshen has given written notice to the Plaintiff and to the Clerk of the Court of the Elkhart Superior Court of this Notice of Removal.

---

[1] BCDI has parent corporations, but the citizenship of these corporations has no bearing on the jurisdictional issue. *See Rosas v. Midwest Generation, LLC*, No. 11 C 3520, 2011 U.S. Dist. LEXIS 120073, at *8 (N.D. Ill. Oct. 18, 2011) (noting that the principal place of business for the defendant's parent companies had "no bearing on the Court's determination of its citizenship here").

2629765

A true and accurate copy of the Notice to the Clerk is attached hereto and incorporated herein as "Exhibit **2**."

23. Pursuant to 28 U.S.C. § 1446(a), Defendant gives Notice of Removal of this case to the United States District Court for the Northern District of Indiana, South Bend Division.

WHEREFORE Defendant Planet Goshen LLC respectfully gives notice of removal of this action from the Elkhart Superior Court, Elkhart County, Indiana, to this Court, for trial and determination.

        BARRETT McNAGNY LLP

        */s/William A. Ramsey*
        William A. Ramsey, # 26547-53
        215 East Berry Street
        Fort Wayne, IN 46802
        Phone: (260) 423-9551
        Fax: (260) 423-8824
        E-Mail:  war@barrettlaw.com

        *Attorneys for Defendant Planet Goshen, LLC*