20D05-2004-CT-000092
Elkhart Superior Court 5

Filed: 4/28/2020 2:57 PM
Clerk
Elkhart County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | SS: | ELKHART COUNTY SUPERIOR COURT 5 |
| COUNTY OF ELKHART | | CAUSE NO. |
| SUSAN SCROGHAM, | | |
| Plaintiff, | | |
| vs. | | Complaint for Damages |
| PLANET GOSHEN, LLC, | | |
| Defendant. | | |

Plaintiff, Susan Scrogham ("Ms. Scrogham"), by counsel, hereby files her Complaint for Damages against the Defendant Planet Goshen, LLC. In support of her complaint, Ms. Scrogham alleges and states the following:

1. Ms. Scrogham is a resident of Elkhart County, Indiana.

2. Upon Ms. Scrogham's belief and knowledge, Defendant Planet Goshen, LLC is a limited liability corporation based in Brighton, Michigan, with a registered agent, Chris Klebba, located at 2616 Peddlers Village Road, Goshen, IN 46526.

3. This action arises from an incident which occurred on May 1, 2018 at the Planet Fitness located at 2616 Peddlers Village Road, Goshen, IN 46526 ("the Gym"), which is located in Elkhart County, Indiana.

## Factual Background

4. On May 1, 2018, Ms. Scrogham was a member of the Planet Fitness gym located at 2616 Peddlers Village Road, Goshen, IN 46526.

5. When Ms. Scrogham became a member of the Gym, she signed an application form containing a release of liability clause ("Release").

6. The Release purported to absolve Defendant from liability for all injuries arising from or related to Ms. Scrogham's use of the Gym.

7. The Release was contained in a standard form agreement of Defendant. Ms. Scrogham had no opportunity to bargain or negotiate the Release.

8. While exercising at the gym on May 1, 2018, Ms. Scrogham attempted to lower one of the Gym's treadmills, which was folded in an upright position.

9. There was no indication or signage that the treadmill was out of service or that it should not be lowered or used.

10. The treadmill fell on Ms. Scrogham, knocking her backwards, and causing her serious injury.

11. A Gym employee who came to assist Ms. Scrogham told her that another Gym employee improperly left the treadmill folded in an upright position.

## Count I: Negligence

12. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs as if they were fully set forth herein.

13. As the party responsible for maintaining the Gym in a safe condition and keeping its members safe, Defendant owed a duty to Ms. Scrogham to use reasonable care for Ms. Scrogham's protection while Ms. Scrogham was at the Gym.

14. The May 1, 2018 incident, and Ms. Scrogham's resulting injuries, were caused by the negligence of Defendant.

15. Among other acts and omissions, Defendant:

    a. Failed to use reasonable care in ensuring that all of the Gym's exercise equipment was in safe and usable condition while the facility was open;

    b. Failed to provide a warning to Ms. Scrogham and others that the treadmill which fell on Ms. Scrogham should not be lowered or used; and,

    c. Failed to properly train and supervise its employees.

16. Defendant knew or should have known that the treadmill which fell on Ms. Scrogham caused an unreasonable risk of injury to her and to others.

17. Defendant failed to use reasonable care to protect Ms. Scrogham from the danger posed by the treadmill in its upright position.

18. As a direct and proximate result of the negligence and carelessness of Defendant, Ms. Scrogham suffered, among other things, bodily injuries, physical pain and mental anguish, emotional distress, and loss of the capacity for the enjoyment of life.

19. As a direct and proximate result of the negligence and carelessness of Defendant, Ms. Scrogham was required to undergo medical treatment and to incur costs and expenses in order to treat and address her injuries.

20. Specifically, Ms. Scrogham suffered, in addition to other injuries, a T12 burst fracture with spinal cord compression.

21. She required major back surgery to repair the fracture. The surgery included a fusion of spine (thoracic region); wedge compression, fracture of T11-T12; left T10 rib graft; right post iliac crest graft; post lateral arthrodesis T8-L3; fusion and screws T7-L3; rods T7-8; and decompression laminectomy T11-12-L1.

22. Ms. Scrogham's medical bills directly related to this injury totaled approximately $236,500.00.



*An x-ray image of Ms. Scrogham's spine, post-surgery*

23. Ms. Scrogham recognizes that releases of liability like the one contained in the form she signed are generally upheld by Indiana's courts. However, Ms. Scrogham believes that allowing businesses such as Defendant to completely and unilaterally shield themselves from all liability arising from their own negligence is against public policy. Ms. Scrogham thus seeks in good faith to modify the common law of Indiana with regard to such releases.

24. All of Ms. Scrogham's losses are due to the carelessness and negligence of the Defendants, without any negligence or want of due care on Ms. Scrogham's part contributing thereto.

**WHEREFORE**, Plaintiff Susan Scrogham prays for damages in an amount of money that would fairly and adequately compensate her for her injuries and losses and for all other relief just and proper under the circumstances.

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

*/s/ William N. Riley*
William N. Riley (#14941-49)
Anne Medlin Lowe (#31402-49)
The Hammond Block Building
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: wriley@rwp-law.com
alowe@rwp-law.com


*/s/ Ryan D. Mehl*
Ryan D. Mehl (#28683-20)
MEHL & MEHL LAW FIRM
222 North Main Street
Goshen, IN 46526
Telephone: (574) 534-2533
Email: ryandmehl@gmail.com

*Counsel for Plaintiff*

5